**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nadia Stanich,                                                    Case No. 22-cv-2938 (KMM/DJF)

      Plaintiff,

v.                                                                              **ORDER**

Kia America Inc., *a foreign corporation*
*transacting business in the State of*
*Minnesota*,

      Defendant.

---

This matter is before the Court on Defendant's Motion to Stay or Extend Deadline to Answer or Otherwise Respond to the Complaint ("Motion") (ECF No. 10).  The parties previously stipulated to extend Defendant's responsive pleading deadline to December 20, 2022 (ECF No. 7), which this Court granted (ECF No. 9).  Defendant now explains that this matter is part of a multidistrict litigation, and that on December 15, 2022, the U.S. Judicial Panel on Multidistrict Litigation ("Panel") issued a conditional transfer order ("CTO"), directing that twenty-two cases, including this one, be transferred to the Central District of California.  (ECF No. 12 at 2; *see also* ECF Nos. 13-1, 13-2.)  In light of the CTO, which Defendant indicates will likely become effective on December 22, 2022, Defendant anticipates that the transferee district court will soon issue an order setting a new schedule with new deadlines for all related actions.  (EDF No. 12 at 2.)  Defendant therefore requests that this Court stay all deadlines in this action.  (*Id.*)

Having reviewed Defendant's Motion and accompanying exhibits, the Court Grants the Motion.

1

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1.     Defendant's Motion (ECF No. [10]) is **GRANTED**; and

2.     This action is stayed in its entirety pending further order from the Court, in anticipation of a transfer order pursuant to the conditional transfer order from the Panel on Multidistrict Litigation (ECF Nos. [13-1], [13-2]).

3.     The stay shall be lifted automatically if an order transferring this action is filed.

4.     The parties are directed to submit a joint update letter by email to Chambers regarding the status of the transfer by **January 19, 2023** if this action is not transferred before that date.

Dated: December 20, 2022                         *s/ Dulce J. Foster*
                                                 Dulce J. Foster
                                                 United States Magistrate Judge